THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES BEVIEL, Defendant-Appellant.

(Nos. 56586-56590 cons.; 

First District—October 30, 1972.

Opinion by Mr. JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (Saul H. Brauner, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

*In re* MATTER OF RONALD E. MAGNES, Contemnor-Appellant.

(No. 55543; 

First District—October 11, 1972.

*Rehearing denied November 22, 1972.*